THE STATE OF FLORIDA *ex rel.* E. P. MARTIN, *Plaintiff in Error*, v. BOARD OF COUNTY. COMMISSIONERS OF HILLSBOROUGH COUNTY, FLORIDA, *Defendant in Error.*

Opinion Filed July 27, 1920.

Mandamus proceedings in the Circuit Court may be reviewed by the Supreme Court on a writ of error, but not on an appeal.

An Appeal from the Circuit Court of Hillsborough County; F. M. Robles, Judge.

Appeal dismissed.

*A. T. Stuart,* for Plaintiff in Error;

*Mabry & Carlton,* for Defendant in Error.

PER CURIAM.—An *appeal* was taken from an order dismissing an alternative writ of mandamus.

The statute provides that "all proceedings to procure review by an appellate court of the proceedings of a lower court in cases at law shall be by writ of error, except in cases where certiorari or prohibition shall lie, or where it shall be otherwise expressly provided." Sec. 1690 Gen. Stats. 1906, Compiled Laws, 1914.

Mandamus is a proceeding at law, and there is no express provision that a review thereof by an appellate court may be had except by writ of error, or perhaps in exceptional cases by certiorari.

The entry of an *appeal* is not authorized by law and does not give the appellate court jurisdiction of the subject matter in mandamus proceedings, though the oppos-

ing parties have appeared; and as it does not appear that a writ of error was duly issued in the cause, the appeal and the cause are dismissed.

BROWNE, C. J. AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.